

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

**MEMO ENDORSED**

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8817

September 6, 2023

**VIA ECF**
Hon. Judge Edgardo Ramos
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

> The conference is adjourned to September 22, 2023 at 11 a.m. The parties are reminded to dial 877-411-9748 and enter access code 3029857# when prompted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: September 6, 2023
> New York, New York

Re: <u>Pasha v. N.Y.S. Dept. of Health, et al., SDNY Docket No. 22-CV-03355</u>

Dear Judge Ramos:

    This office represents defendant New York State Department of Health ("DOH") in this action. By this letter, defendant DOH respectfully requests that the telephonic conference on Plaintiff's motion to amend the Complaint scheduled for September 14, 2023 at 9:30 a.m. (ECF No. 34) be adjourned to September 20, 2023, September 22, 2023, or anytime thereafter that the parties may be heard.

    This adjournment is requested because I am counsel for DOH, but I will be traveling internationally (on vacation) during the week of September 14, 2023 and will have only limited cell phone reception at that time.

    This is the first request for an adjournment of the conference, and Plaintiff and co-defendant Tandym Group have consented to it.

    Thank you for your Honor's consideration of this request.

Judge Edgardo Ramos  Page 2
September 6, 2023

                                          Respectfully submitted,

                                          ___/s/ Jessica Preis_____
                                          Jessica Preis
                                          Assistant Attorney General

cc:    Talha S. Pasha, *pro se* Plaintiff (via Mail)
        Counsel for Tandym Group f/k/a ExecuSearch Group (via ECF)