UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                     Plaintiff,

      -*against*-

NEW YORK STATE DEPARTMENT OF HEALTH *and* THE EXECUSEARCH GROUP,

                     Defendants.

**ORDER**

22-cv-3355 (ER)

RAMOS, D.J.

      The Court is in receipt of Pasha's series of letters. Docs. 60, 61, 62, 63. Pasha is directed to consolidate his requests for information to the extent possible so as to limit his communications with opposing counsel. Defendants are directed to submit a joint letter responding to Pasha's request for reconsideration, Doc. 61, his request to add substantive arguments to his reply (amending the reply), Doc. 62, and his request to expedite the case, Doc. 63, by March 8, 2024.

      SO ORDERED.

Dated:   March 1, 2024
           New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.