UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                  Plaintiff,

    -*against*-

NEW YORK STATE DEPARTMENT OF HEALTH *and* THE EXECUSEARCH GROUP,

                  Defendants.

**ORDER**

22-cv-3355 (ER)

RAMOS, D.J.

    The Court is in receipt of two letters filed by Pasha on March 13, 2024. Docs. 70, 71. The first presents additional arguments on why his motion to expedite discovery should be granted. Doc. 70. The second objects to the Court's March 12, 2024 Order denying his requests for reconsideration, to amend his reply, and for the case to be expedited. Doc. 71.

    The Court has reviewed Pasha's letters and the caselaw he references therein. It does not alter the Court's conclusion that expedited discovery is not warranted in this case, and that Pasha's requests for reconsideration and to amend his reply are similarly not warranted.

    SO ORDERED.

Dated:   March 15, 2024
           New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.