UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                Plaintiff,

-*against*-

NEW YORK STATE DEPARTMENT OF HEALTH *and* THE EXECUSEARCH GROUP,

                Defendants.

**ORDER**

22-cv-3355 (ER)

RAMOS, D.J.

      The Court is in receipt of Pasha's letter dated May 22, 2024, as well as two letters dated May 23, 2024. Docs. 87–89. The letters all make the same request: for the "Court to seek counsel of a Magistrate Judge's review prior to making any decisions that would jeopardize the Plaintiff's ability to file and service the Amended Complaint upon all three of the Defendants, or proceed with this action; as well as a review of the Court's previous Order." Doc. 89 at 1.

      Magistrate judges do not review the decisions of district court judges. *See* 28 U.S.C. § 636 (establishing the jurisdiction of magistrate judges). Accordingly, Pasha's request is denied.

      SO ORDERED.

Dated:  May 31, 2024
           New York, New York

                                        EDGARDO RAMOS, U.S.D.J.