UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                Plaintiff,

-*against*-

NEW YORK STATE DEPARTMENT OF HEALTH *and* THE EXECUSEARCH GROUP,

                Defendants.

**ORDER**

22-cv-3355 (ER)

RAMOS, D.J.

The Court is in receipt of Pasha's letter dated August 8, 2024, which notes that the Court denied him *in forma pauperis* status in its July 26, 2024 Order and requests "further explanation and reasons" for the Court's decision denying him such status for the purpose of an appeal. Doc. 115. In its July 24, 2024 Order, the Court denied Pasha's motion to appeal certain interlocutory Orders pursuant to 28 U.S.C. § 1292(b) because the Orders in question did not involve controlling questions of law, did not present a substantial ground for difference of opinion, and their appeal would not materially advance the ultimate termination of litigation. *See* Doc. 110. Because the Court found that Pasha's motion lacked legal merit, it also found any appeal would not be taken in good faith and accordingly denied him *in forma pauperis* status for the purpose of such an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) ("We consider a defendant's good faith in this type of case demonstrated when he seeks appellate review of any issue not frivolous."). The Court has already resolved Pasha's motion to proceed *in forma pauperis* for the purposes of an appeal of the July 26, 2024 Order and indicated the reasons therefore. Accordingly, Pasha's request for further clarification is denied.

2

      The Court is also in receipt of Pasha's letter dated August 9, 2024 that asks to submit certain emails between himself and opposing counsel under seal, or alternatively asks to schedule a conference to discuss these emails.  Doc. 116.  The emails in question concern Pasha's previous motion to strike.  The Court denied Pasha's motion to strike on May 13, 2024.  Doc. 83.  On June 6, 2024, the Court denied Pasha's request for reconsideration.  Doc. 92.  On August 8, 2024, the Court denied Pasha's second request for reconsideration.  Doc. 113.  The Court has already resolved Pasha's motion to strike and further briefing and arguments on this issue are not proper.  Accordingly, Pasha's request to submit the emails or to schedule a conference is denied.

      SO ORDERED.

Dated:   August 15, 2024
           New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.