UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                Plaintiff,

-*against*-

NEW YORK STATE DEPARTMENT OF HEALTH *and* THE EXECUSEARCH GROUP,

                Defendants.

**ORDER**

22-cv-03355 (ER)

RAMOS, D.J.:

    Talha Pasha, who is *pro se*, was directed by the Court on December 4, 2024 to file an amended complaint by January 3, 2025 in accordance with the Court's September 19, 2024 Order, Doc. 120.  Doc. 150.  Specifically, Mr. Pasha was directed to add his allegations of discrimination based on his ethnicity and his § 1981 claims.  *See* Docs. 120, 150.  By letter dated December 18, 2024, Mr. Pasha requested an extension to file the amended complaint by January 17, 2025, and on December 19, 2024, the Court granted the extension.  Docs. 153, 154.  In the same letter, Mr. Pasha informed the Court that he would file "a draft copy of the Amended Complaint for approval of changes prior to making the filing."  Doc. 153.  On January 13, 2025, Mr. Pasha filed a letter with only the proposed additions to the amended complaint.  Doc. 157.

    Mr. Pasha is advised that the Court cannot give an opinion concerning whether the proposed additions in the letter filed, Doc. 157, are sufficient to comply with the requirements of the Federal Rules of Civil Procedure and relevant case law.  The Court directs Mr. Pasha to file the amended complaint by January 17, 2025.  The New York

State Department of Health and the ExecuSearch Group[1] will then determine how to respond to the amended complaint.

It is SO ORDERED.

Dated:   January 14, 2025
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

---

[1] The ExecuSearch Group is currently known as the Tandym Group.