UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                        Plaintiff,

          -*against*-

NEW YORK STATE DEPARTMENT OF HEALTH *and* THE EXECUSEARCH GROUP,

                        Defendants.

**ORDER**

22-cv-03355 (ER)

RAMOS, D.J.:

      Talha Pasha, who is *pro se*, has filed a second motion to add a defendant, Anida Fregjaj, and additional § 1981 claims on January 16, 2025. Docs. 160, 161. The previous motion was denied without prejudice. Doc. 150. The Court denies Mr. Pasha's current motion as well. Mr. Pasha also requested that his time to file an amended complaint be adjourned until the motion to add Fregjaj as a defendant and additional § 1981 claims is decided. While that motion is denied, the Court will grant him an extension to file his amended complaint to January 24, 2025. In his amended complaint, Mr. Pasha may include Fregjaj as a defendant and the claims he believes are appropriate in accordance with the Court's order of September 19, 2024. Doc. 120. The New York State Department of Health and the ExecuSearch Group[1] will then determine how to respond to the amended complaint. The Clerk of the Court is respectfully directed to terminate the motions, Docs. 160, 161.

      It is SO ORDERED.

---

[1] The ExecuSearch Group is currently known as the Tandym Group.

2

Dated: January 17, 2025
       New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.