UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                Plaintiff,

-*against*-

NEW YORK STATE DEPARTMENT OF HEALTH *and* THE EXECUSEARCH GROUP,

                Defendants.

**ORDER**

22-cv-03355 (ER)

RAMOS, D.J.:

    Talha Pasha, who is *pro se*, has filed a letter asking the Court again to clarify what changes are permissible to add to the proposed amended complaint. Doc. 163. As the Court previously explained, the Court cannot provide advice as to whether what Mr. Pasha intends to include in the amended complaint is sufficient to comply with the requirements of the Federal Rules of Civil Procedure and relevant case law. *See* Doc. 158. The rules require that Mr. Pasha file the amended complaint first. After Mr. Pasha files the amended complaint, the New York State Department of Health and the ExecuSearch Group[1] (the "Defendants") will have the opportunity to argue if the allegations in the amended complaint are sufficient. If the Defendants challenge the sufficiency of the amendments then, and only then, can the Court, with the benefit of additional briefing by Mr. Pasha and the Defendants, consider the sufficiency of the allegations.

    The Court will also grant Mr. Pasha an additional extension to file his amended complaint to January 31, 2025. Mr. Pasha is directed to file the amended complaint by that date.

---

[1] The ExecuSearch Group is currently known as the Tandym Group.

2

It is SO ORDERED.

Dated: January 21, 2025
      New York, New York

_____
EDGARDO RAMOS, U.S.D.J.