UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                Plaintiff,

-*against*-

NEW YORK STATE DEPARTMENT OF HEALTH *and* THE EXECUSEARCH GROUP,

                Defendants.

**ORDER**

22-cv-03355 (ER)

RAMOS, D.J.:

    Talha Pasha, who is *pro se*, filed three letters on January 28, 2025. Docs. 170, 171, 172. In his first letter, Mr. Pasha requested that his time to file an amended complaint be adjourned until his motion for recusal is decided. Doc. 170.

    In his second letter, Mr. Pasha requested a pre-motion conference prior to filing a motion to transfer venue. Doc. 171.

    In his third letter, Mr. Pasha withdrew his motion for recusal. Doc. 172. The third letter also requested that his time to file an amended complaint be adjourned until the motion to transfer venue is decided. *Id.*

    First, the New York State Department of Health and the ExecuSearch Group[1] are directed to respond to Mr. Pasha's pre-motion request by February 5, 2025. Second, the Court denies Mr. Pasha's request to adjourn the time by which he must file his amended complaint and directs him to file his amended complaint by **January 31, 2025**, as previously directed in Doc. 164. Third, Mr. Pasha's request to withdraw his motion for recusal is granted and the motion for recusal is denied as moot. Lastly, because Mr.

---

[1] The ExecuSearch Group is currently known as the Tandym Group.

Pasha's motion for recusal has been withdrawn, the Clerk of the Court is respectfully directed to terminate the motions, Documents 166, 168.

    It is SO ORDERED.

Dated:   January 29, 2025
           New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.