UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                    Plaintiff,

-*against*-

NEW YORK STATE DEPARTMENT OF HEALTH *and* THE EXECUSEARCH GROUP,

                    Defendants.

**ORDER**

22-cv-03355 (ER)

RAMOS, D.J.:

      The Court directs the Clerk of Court to issue summons for Defendant Anida Fregjaj. Plaintiff is directed to serve the summons and complaint on Defendant Anida Fregjaj within 120 days of the issuance of the summons. If within those 120 days, Plaintiff has not either served Defendant Anida Fregjaj or requested an extension of time to do so, the Court may dismiss the claims against Defendant Anida Fregjaj under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

      It is SO ORDERED.

Dated:    February 3, 2025
             New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.