UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                    Plaintiff,

-*against*-

NEW YORK STATE DEPARTMENT OF HEALTH *and* THE EXECUSEARCH GROUP,

                    Defendants.

**ORDER**

22-cv-03355 (ER)

RAMOS, D.J.:

    The Court directs the Clerk of Court to issue summons for Defendant Anida Shyti. Plaintiff is directed to serve the summons and complaint on Defendant Anida Shyti within 120 days of the issuance of the summons. If within those 120 days, Plaintiff has not either served Defendant Anida Shyti or requested an extension of time to do so, the Court may dismiss the claims against Defendant Anida Shyti under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    It is SO ORDERED.

Dated:    February 11, 2025
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.