UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                Plaintiff,

-*against*-

NEW YORK STATE DEPARTMENT OF HEALTH *and* THE EXECUSEARCH GROUP,

                Defendants.

**ORDER**

22-cv-03355 (ER)

RAMOS, D.J.:

    Talha Pasha, who is *pro se*, filed four letters requesting that all communications among the parties be directed to the Court on February 10, 2025. Docs. 188, 189, 191, 192. The Court denies Mr. Pasha's request. This matter will be conducted like every other civil matter in this Court. The parties will communicate directly with each other, and will not needlessly insert the Court in standard, pretrial communications among the parties.

    It is SO ORDERED.

Dated:   February 11, 2025
              New York, New York

                                                                   EDGARDO RAMOS, U.S.D.J.