UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                              Plaintiff,

            -against-

NEW YORK STATE DEPARTMENT OF
HEALTH *and* THE EXECUSEARCH
GROUP,

                              Defendants.

**ORDER**

22-cv-03355 (ER)

RAMOS, D.J.:

Talha Pasha, who is *pro se*, filed a letter requesting a pre-motion conference to file a motion for recusal or, in the alternative, a motion for change of venue on February 11, 2025.  Doc. 196.  On February 12, 2025, Mr. Pasha filed a motion for recusal.  Doc. 197. The Defendants are directed to respond to the motion by February 19, 2025.

It is SO ORDERED.

Dated:    February 12, 2025
          New York, New York

_____
        EDGARDO RAMOS, U.S.D.J.