UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                Plaintiff,

-*against*-

NEW YORK STATE DEPARTMENT OF HEALTH *and* THE EXECUSEARCH GROUP,

                Defendants.

**ORDER**

22-cv-03355 (ER)

RAMOS, D.J.:

    The New York State Department of Health filed a letter on February 24, 2025 requesting a pre-motion conference on its anticipated motion to dismiss the amended complaint. Doc. 214. Talha Pasha is directed to respond by March 7, 2025.

    It is SO ORDERED.

Dated:    February 25, 2025
           New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.