UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                Plaintiff,

-*against*-

NEW YORK STATE DEPARTMENT OF HEALTH, THE EXECUSEARCH GROUP, *and* ANIDA SHYTI,

                Defendants.

**ORDER**

22-cv-03355 (ER)

RAMOS, D.J.:

    Talha Pasha, who is *pro se*, asked the Court on February 27, 2025 to decide the motion for recusal before he had to respond to the New York State Department of Health's ("DOH") letter requesting a pre-motion conference on its anticipated motion to dismiss the amended complaint. Doc. 219. The motion for recusal was denied on February 27, 2025. Doc. 220. The Court previously directed Mr. Pasha to respond to the DOH's letter by March 7, 2025. Doc. 216. Mr. Pasha is now directed to respond to the DOH's letter by March 10, 2025.

    It is SO ORDERED.

Dated:    February 28, 2025
           New York, New York

                                                EDGARDO RAMOS, U.S.D.J.