UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TALHA PASHA,

                Plaintiff,

-*against*-

NEW YORK STATE DEPARTMENT OF
HEALTH, THE EXECUSEARCH
GROUP, *and* ANIDA SHYTI,

                Defendants.

**ORDER**

22-cv-03355 (ER)

RAMOS, D.J.:

        New York State Department of Health ("DOH") filed a letter on February 24, 2025 requesting a pre-motion conference or, alternatively, a briefing schedule, on its anticipated motion to dismiss the amended complaint. Doc. 214. On March 3, 2025, Talha Pasha filed a letter requesting that the Court deny the DOH's request. Doc. 224. An in-person conference is scheduled for April 8, 2025 at 11:30 a.m. before the Honorable Edgardo Ramos in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, NY.

        It is SO ORDERED.

Dated:    March 4, 2025
             New York, New York

                                                                EDGARDO RAMOS, U.S.D.J.