**Office of the New York State Attorney General**

**Letitia James Attorney General**

**MEMO ENDORSED**

November 9, 2026

**VIA ECF**
Hon. Judge Edgardo Ramos
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Pasha v. N.Y.S. Dept. of Health, et al., SDNY Docket No. 22-CV-03355

Dear Judge Ramos:

This office represents defendant New York State Department of Health ("Defendant") in this employment discrimination action. Defendant writes to request that the Court grant permission to hold the deposition of Plaintiff Talha Pasha at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, NY 10007.[1] Plaintiff consents to this request.

The undersigned has been advised by the Southern District of New York Clerk's Office that depositions may be held at a Southern District of New York courthouse subject to room availability, and with permission of the Court. Defendant requests permission from the Court to hold Defendant's deposition of the *pro se* Plaintiff at the courthouse for the safety, comfort, and convenience of the parties. This request will not affect any outstanding deadlines in this action.

Thank you for your Honor's consideration of this request.

SO ORDERED.
The application is X granted
___ denied
[signature]
Edgardo Ramos. U.S.D.J
Dated: November 10, 2026
New York, New York

Respectfully submitted,
/s/ Adam D. Asher
ADAM D. ASHER
Assistant Attorney General
212-416-8528
Adam.Asher@ag.ny.gov

cc: Talha S. Pasha, *pro se* Plaintiff (via ECF & Mail)

[1] Or the Thurgood Marshall United States Courthouse at 40 Foley Square, New York, NY 10007, depending on room assignment.